

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00465-CV

Muhammad R. **KHAN**,
Appellant

v.

**FIRSTMARK CREDIT UNION**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-03-0077-CVW
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Muhammad R. Khan.

SIGNED May 22, 2013.

_____
Patricia O. Alvarez, Justice